IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| ) | CASE NO. 1:19 CR 481 |
| v. ) | |
| ) | Title 18, United States Code, |
| DEBORAH PETERS, ) | Section 641 |
| ) | |
| Defendant. ) | JUDGE OLIVER |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

From in or around July 2017 and continuing until in or around December 2018, in the Northern District of Ohio, Eastern Division, Defendant DEBORAH PETERS, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, and without authority dispose of property of the United States exceeding $1,000 in value belonging to the United States Postal Service, an agency of the United States, to wit: Postal Money Orders, in the amount of approximately $48,123.23, in violation of Title 18, United States Code, Section 641.

JUSTIN E. HERDMAN
United States Attorney

By: _____
EDWARD F. FERAN
Chief, General Crimes Unit